# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, USMJ |
| v. | : | Mag. No. 21-6013 |
| JOEL PEREZ-NAJERA | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Martha K. Nye, Assistant U.S. Attorney, appearing), and defendant Joel Perez-Najera (Brian Reilly, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter through November 30, 2021; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to a third continuance; and defendant having waived his right to a speedy trial, and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his counsel have expressed a desire to review informal discovery materials provided by the United States;

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and

1

any subsequent trial of this matter unnecessary;

(3) The granting of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __27th__ day of August, 2021,

ORDERED that this action be, and hereby is, continued through November 30, 2021, and it is further

ORDERED that the period from the date of this Order through November 30, 2021, shall be excludable in computing time under the Speedy Trial Act of 1974.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. DOUGLAS E. ARPERT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Reviewed and agreed to by:

_s/ Martha K. Nye_
Martha K. Nye
Assistant U.S. Attorney


__s/ Brian P. Reilly_____
Brian Reilly, Esq.
Counsel for Defendant Joel Perez-Najera

2